IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO CORDERO, et al.   *
                                    *
        Plaintiffs                  *
                                    *
vs.                                 *   CIVIL NO. 98-2386 (JP)
                                    *
AT&T, et al.                        *
                                    *
        Defendants                  *
                                    *

**O R D E R**

Before the Court is Plaintiffs' Lilliam Maldonado-Cordero ("Maldonado") and María M. Lazo-Macías' ("Lazo") Rule 59(e) Motion to Amend Partial Judgment and Informing End of Administrative Proceedings (**docket No. 67**). Pursuant to the Court's Partial Judgment entered on November 1, 1999, the retaliation claims advanced by co-Plaintiffs Maldonado, Lazo, Carmen H. Lázaro-Vicéns ("Lázaro") under Title VII of the Civil Rights Act of 1964 were dismissed without prejudice because those claims were before the EEOC and no right to sue letters had yet been issued as to those claims. Maldonado and Lazo now inform the Court that the EEOC has issued right to sue letters for the retaliation claims, and thus the EEOC is no longer exercising jurisdiction over those claims.

AO 72A
(Rev.8/82)

CIVIL NO. 98-2386 (JP)                    2

In light of the foregoing, the Court hereby **VACATES IN PART** the Partial Judgment of November 1, 1999 (docket No. 63) and **REINSTATES** co-Plaintiffs Maldonado and Lazo's claims for retaliation under Title VII.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of November, 1999.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)