UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                      CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 8, 1999<br>**Docket:** #65, 66<br>[X] Plffs    [ ] Defts<br><br>**Title:** Motion Regarding Delay and Request for Leave for Late Filing; Motion Requesting that Court Accept Excuses for Delay in Filing Initial Scheduling Conference Memorandum | GRANTED. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By: RD    #72