IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO CORDERO, et al.  \*
                Plaintiffs  \*

vs.  \*  CIVIL NO. 98-2386 (JP)

AT&T, et al.  \*
                Defendants  \*

## O R D E R

Pursuant to Defendants' Motion to Amend Partial Judgment and Order of November 9, 1999 (**docket No. 73**), the Court clarifies that Plaintiffs have not alleged a Title VII claim on behalf of the spouses of co-Plaintiffs Lilliam Maldonado-Cordero, María M. Lazo-Macías, or Carmen H. Lázaro-Vicéns. The Court further clarifies that Plaintiffs' claim under Puerto Rico Law No. 3 has not been dismissed, and that Plaintiffs have not raised a Law No. 3 claim on behalf of their spouses or conjugal partnerships.

Finally, as the Court has ordered the parties to file separate memoranda on the issue of the Court's Order of November 9, 1999 reinstating the retaliation claims of co-plaintiffs Lilliam Maldonado-Cordero and María M. Lazo-Macías, it will defer decision

CIVIL NO. 98-2386 (JP)                    2

on that issue until both parties have filed their respective memoranda.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 22nd day of November, 1999.

_____
JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE