IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO CORDERO, et al.   *
                                    *
        Plaintiffs                  *
                                    *
vs.                                 *   CIVIL NO. 98-2386 (JP)
                                    *
AT&T, et al.                        *
                                    *
        Defendants                  *
                                    *

## AMENDED PARTIAL JUDGMENT

The Opinion, Order and Partial Judgment issued by the Court on November 1, 1999 (docket Nos. 61, 62, and 63) are hereby **AMENDED** to reflect the fact that co-Defendant José Felipe had previously joined, via separate motion, co-Defendants AT&T of Puerto Rico, Inc., Richard Luna and Luis Figueroa's Motion to Dismiss. Thus, all those claims dismissed as against co-Defendants Luna and Figueroa are also dismissed as against co-Defendant Felipe.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 22 day of November, 1999.

                                    JAIME PIERAS, JR.
                                    U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)