UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 15 AM 7: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.      CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 6, 1999<br>**Docket #:** 80<br>[ ] Plffs      [X] Defts<br><br>**Title:** Motion Requesting Modification of Initial Scheduling Conference Order | **GRANTED IN PART.** The Court modifies the Initial Scheduling Conference Order and incorporates by reference the changes indicated in Defendants' motion except the following will remain unchanged in the ISC Order: stipulation 16 and Plaintiffs' allegations on page 8, second paragraph, sixth line. The Court recalls the parties agreeing to stipulation 16, and Plaintiffs' allegations are just that, and thus Defendants' have no right to ask the Court to modify them. |

Date: 12/14/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #84