UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FIL:
1999 DEC 15 AM 7:
CLERK'S OFFICE
U S. DISTRICT COUR
SAN JUAN. P R

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                         CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 9, 1999<br>**Docket No:** 82<br>[X] **Plffs**     [] **Defts**<br><br>**Title:** Motion Regarding Late Filing of Motion and Memorandum Regarding Retaliation | **GRANTED.** The Court **ACCEPTS** the memorandum concerning the retaliation claims, but warns Plaintiffs to assiduously adhere to all future deadlines at the risk of adverse consequences. |

Date: 12/14/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:            #85