**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
'00 JAN -4 PM 3 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                         CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** December 20, 1999<br>**Docket #:** 86<br>[] **Plffs**  [X] **Defts**<br><br>**Title:** Motion Requesting Leave to File Reply to Motion and Memorandum of Plaintiffs Concerning Retaliation Claims | **GRANTED.** The Court hereby **GRANTS** co-defendants AT&T of Puerto Rico, Inc. and AT&T Corp. leave to file a reply to Plaintiffs' Memorandum. |

Date: 1/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #87 |

4