UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 31 PM 4:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                                  CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 5, 2000<br>**Docket #:** 89<br>[ ] Plffs    [X] Defts<br>**Title:** Informative Motion | **NOTED.** The Court **NOTES** that Defendants have made required disclosures as per the ISC Order. The Court also **APPROVES** the Confidentiality Agreement submitted to the Court. |

Date: 1/28/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: