**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

'00 FEB -7 AM 8 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LILLIAM MALDONADO-CORDERO, et al.,
        Plaintiffs

vs.                                                    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
        Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** January 13, 2000; January 20, 2000; January 21, 2000; January 21, 2000; January 25, 2000; January 28, 2000<br>**Docket #:** 90, 92, 94, 95, 96, 97<br>[X] **Plffs**          [X] **Defts**<br><br>**Title:** Defendants' Urgent Motion Plaintiffs' Motion in Opposition to Defendants' "Urgent Motion" and Pursuant to Rule 11 FRCP; Supplement to Defendants' Urgent Motion; Supplement to Defendant' Motion; Second Supplement to Defendants' Urgent Motion; Third Supplement to Defendants' Urgent Motion; Plaintiffs' Reply in Opposition to Defendants' Supplement, Second Supplement, and Third Supplement to their "Urgent Motion" and Pursuant to Rule 11, FRCP | The Court shall hold a Status Hearing to resolve the discovery dispute raised by the parties in their voluminous motions. The Status Hearing **SHALL** take place on **February 16, 2000 at 9:00 a.m.** in open court. If the parties have any additional evidence to prove the allegations advanced in their motions, it should be produced to the Court on or before **February 8, 2000** in the form of sworn statements. |

(4)      Date: 2/2/00

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 101 |