UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 31, 2000<br>**Docket #:** 99<br>[ ] **Plffs**        [X] **Defts**<br><br>**Title:** Motion Requesting Leave to Reply | **GRANTED.** The Court **GRANTS** Defendant leave to reply to Plaintiff's Motion in Opposition to Defendants' 'Urgent Motion' and **ACCEPTS** the Reply tendered therewith. The Court will not, however, rule on this or any other motion related to discovery until the Status Hearing is held. |

Date: 2/8/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:       #103