## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                              CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

Upon reconsideration, the Court has determined that a Status Hearing will no longer be held on February 16, 2000 at 9:00 a.m. to address the discovery motions filed by the parties. As neither party submitted sworn statements in support of the alleged discovery violations, the Court will rely only on the motions themselves in resolving these matters.

JAIME PIERAS, JR.
U.S. Senior District Judge

Date:

| Rec'd: | EOD: |
|---|---|
| By: | # |