UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 24, 2000<br>**Docket #:** 123<br>[X] **Plffs**     [ ] **Defts**<br><br>**Title:** Motion Submitting Notice of Right to Sue | **NOTED.** The Court **NOTES** that Plaintiffs have submitted a right-to-sue letter from the EEOC for co-plaintiff Lázaro-Vicens' retaliation claim. |

Date: 5/1/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #124