UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 11 AM 7:35
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 5, 2000<br>**Docket #:** 128<br>[X] Plffs    [ ] Defts<br><br>**Title:** Motion to Clarify Record Regarding Request for Leave to Amend Complaint | **GRANTED.** The Court **GRANTS** Plaintiffs leave to file an amended complaint to add the retaliation claim for co-plaintiff Lázaro-Vicens. |
| **Date Filed:** May 4, 2000<br>**Docket #:** 126<br>[ ] Plffs    [X] Defts<br><br>**Title:** Motion Requesting Short Extension of time to File Defendants' Economic Expert Report | **DENIED.** Defendants' economic expert's report was ordered to be produced on or before May 1, 2000. Defendants' request for an extension was not filed until after the report was already due, in flagrant disregard for this Court's ISC Order. In fact, Defendants sought, and obtained from the Court, the exclusion of Plaintiffs' economic expert for not submitting its report by the date indicated in the ISC Order. What is good for the goose is good for the gander. As such, Defendants' economic expert will not be permitted to testify in this case. |

Date: 5/10/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 133

(4)