UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 11 AM 7: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.

CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 5, 2000; May 6, 2000<br>**Docket #:** 127, 130<br>[ ] **Plffs**　　　　　[X] **Defts**<br><br>**Title:** Motion in Compliance with Order; Motion Correcting Record | NOTED. |
| **Date Filed:** May 5, 2000; May 9, 2000<br>**Docket #:** 129, ___<br>[X] **Plffs**　　　　　[X] **Defts**<br><br>**Title:** Motion Requesting Reconsideration of Order Excluding Economic Expert Testimony; Defendants' Opposition | DENIED. Plaintiffs' request for reconsideration is denied for the reasons stated in the Court's Order excluding Plaintiffs' economic expert. |

Date: 5/10/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:　　　　EOD:

By:　　　　# 134

(4)