# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 23 AM 8 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LILLIAM MALDONADO-CORDERO, et al.,
 Plaintiffs

vs.

CIVIL NO. 98-2386 (JP)

AT&T, et al.,
 Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 10, 2000<br>**Docket #:** 132<br>[X] **Plffs**   [ ] **Defts**<br><br>**Title:** Plaintiffs' Informative Motion Pursuant to Court Order | **NOTED.** The Court **NOTES** that Plaintiffs have complied with the Court's order of May 3, 2000 insofar as it required Plaintiffs to notify the Court of outstanding discovery to be produced, and also **NOTES** the depositions scheduled for Marie Santana and Mercedes Barreras. |
| **Date Filed:** May 16, 2000<br>**Docket #:** 135<br>[X] **Plffs**   [ ] **Defts**<br><br>**Title:** Plaintiffs' Motion Filing Deposition Transcript Excerpts | **GRANTED.** The Court **GRANTS** Plaintiffs leave to file deposition transcripts referenced in its opposition to defendants' motion for summary judgment. |

Date: 5/19/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:   EOD:

By:   # 140

