UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.

CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 17, 2000<br>**Docket #:** 136<br>[X] **Plffs**  [] **Defts**<br><br>**Title:** Plaintiffs' Informative Motion Regarding Discovery Still Pending by Defendants | **NOTED.** The Court **NOTES** that Plaintiffs have outlined the documentary evidence requested of Defendants but not yet produced by them, and that Plaintiffs anticipate the production of the same on or before May 19, 2000. |

Date: 5/24/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 144