# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 JUN -1  AM 3 44

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

'00 MAY 32  AM 8 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.

AT&T, et al.,
    Defendants

CIVIL NO. 98-2386 (JP)

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** April 19, 2000; May 24, 2000<br>**Docket #:** 121, 141<br>[] **Plffs**　　　　[X] **Defts**<br><br>**Title:** Motion Requesting Leave of the Court to Request medical Records Contained in Personnel Files of Plaintiff Carmen Lazaro; Urgent Motion Concerning Subpoena Duces Tecum | **GRANTED.** As Plaintiffs have filed no opposition, the Court hereby **GRANTS** Defendants' motion for production of the employment termination agreement between Bristol Myers Squibb and co-Plaintiff Carmen Lazaro. Because the agreement contains a confidentiality clause, Defendants **SHALL** maintain the confidentiality of the agreement. Should a copy of the same be filed with the Court as an attachment to any motion, it **SHALL** be filed under seal. |

Date: 5/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| **By:** no | #145 |