UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN -6 PM 7:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 19, 2000; May 22, 2000<br>Docket #: 137, 138<br>[] Plffs    [X] Defts<br><br>Title: Informative Motion | **NOTED.** The Court **NOTES** that Defendants have produced the outstanding discovery requested by Plaintiffs. |
| Date Filed: May 22, 2000<br>Docket #: 139<br>[] Plffs    [X] Defts<br><br>Title: Opposition to Plaintiffs' Motion Filing Deposition Transcript Excerpts | **DENIED.** Plaintiffs' filing of José Felipe's deposition transcripts subsequent to the filing of Plaintiffs' opposition to Defendants' motion for summary judgment is not only permitted, but encouraged. The attorneys should take notes during the depositions to submit along with a motion for summary judgment or an opposition thereto. A later motion supplementing such a motion with the actual transcripts, once they become available, will then be accepted by the Court. Because the portions of the depositions submitted with Plaintiffs' motion do not contain any new information or argument, Defendants' renewed motion to file a reply is hereby **DENIED.** |

Date: 6/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #146