# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                                    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 13, 2000<br>**Docket #:** 148<br>[] **Plffs**      [X] **Defts**<br><br>**Title:** Motion Requesting Temporary Waiver of Local Rule 108.1 | **GRANTED.** Co-defendants AT&T of Puerto Rico, Inc. and AT&T Corp. **SHALL** file English language translations of the Spanish-language exhibits submitted with their motion for summary judgment on or before **July 5, 2000.** |

Date:  **6/15/00**

_____
**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 150 |

4