UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN 26 PM 1:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                                                 CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 16, 2000; June 20, 2000<br>**Docket #:** 149, 151<br>[X] **Plffs**  [X] **Defts**<br><br>**Title:** Motion Requesting Extension of Time to File Opposition to Defendants' Motion for Summary Judgment; Opposition to Plaintiffs' Motion Requesting Extension of Time | **GRANTED IN PART.** Plaintiffs **SHALL** file their opposition to Defendants' motion for summary judgment on or before **July 7, 2000.** |

Date: 6/24/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 152