UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 5, 2000<br>**Docket #:** 153<br>[ ] Plffs    [X] Defts<br>**Title:** Motion Submitting Certified Translations | **NOTED.** The Court **NOTES** that Co-defendants AT&T of Puerto Rico, Inc. and AT&T Corp. have submitted translations of certain documents submitted in Spanish with its Motion for Summary Judgment. |

**Date:**

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #