# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                                                 CIVIL NO. 98-2386(JP)

AT&T, et al.,
    Defendants

RECEIVED AND FILED
2000 JUL 27 PM 4: 04
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 8, 2000<br>**Docket #:** 157<br>[X] **Plffs**  [] **Defts**<br><br>**Title:** Motion Requesting Leave to File Spanish Language Documents and Time to Obtain Certified Translations | **GRANTED.** Plaintiffs **SHALL** file certified translations of the Spanish language exhibits to their opposition to the motion for summary judgment on or before **July 31, 2000.** |
| **Date Filed:** July 10, 2000; July 12, 2000<br>**Docket #:** 158, 159<br>[X] **Plffs**  [X] **Defts**<br><br>**Title:** Plaintiffs' Urgent Motion Explaining Circumstances of their Opposition to Summary Judgment and Requesting Leave to Supplement and Emergency Hearing; Motion to Strike and Opposition to Motion Requesting Leave to Supplement Opposition to Motion for Summary Judgment | The Court **NOTES** that Plaintiffs' opposition was filed before midnight on July 7, 2000 but not stamped as filed until seven minutes after midnight on July 8, 2000. Such does not warrant the extreme sanction of striking Plaintiffs' opposition from the record, and thus the Court **DENIES** Defendants' motion to that effect. The Court further **DENIES** Plaintiffs' motion for an emergency hearing, but **NOTES** that counsel for co-Plaintiff Lázaro is experiencing a family medical situation. |

Date: 7/26/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

Rec'd:        EOD:

By:        # 176