UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2000 JUL 27 PM 4:04
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR.

LILLIAM MALDONADO-CORDERO, et al.,
Plaintiffs

vs.

CIVIL NO. 98-2386(JP)

AT&T, et al.,
Defendants

**ORDER**

| MOTION | RULING |
| --- | --- |
| **Date Filed:** July 12, 2000; July 19, 2000<br>**Docket #:** 160, 164<br>[X] **Plffs** [X] **Defts**<br><br>**Title:** Notice to the Court; Plaintiffs' Informative Motion Regarding Mailing of Opposition to Summary Judgment and Supporting Documents | **NOTED.** The Court **NOTES** that Defendants stated that they did not receive copies of Plaintiffs' opposition to the motion for summary judgment on July 8, 2000, but that Plaintiffs presented evidence that the same was mailed at 12:44 a.m. on July 8, 2000, and that delivery was attempted by not carried out on July 8, 2000 because there was no one in Defendants' offices to receive the package. The Court also **WARNS** the parties against precipitously filing motions aimed at discrediting the other party in the eyes of the Court, wasting the time of this Court and all the parties involved. The filing of frivolous motions is sanctionable. |
| **Date Filed:** July 13, 2000<br>**Docket #:** 161<br>[] **Plffs** [X] **Defts**<br><br>**Title:** Notice to the Court and Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | **DENIED.** The Court **NOTES** that Defendants have in their possession a copy of Plaintiffs' opposition, but **DENIES** leave to file a reply. |

Date: 7/26/00

[signature]
**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| **Rec'd:** | **EOD:** |
| --- | --- |
| **By:** K | # 177 |