UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 14, 2000<br>**Docket #:** 162<br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Plaintiffs' Motion Informing Recent First Circuit Decision Relevant to the Summary Judgement Controversies Before the Court | **NOTED.** The Court **NOTES** the recent First Circuit case that Plaintiffs bring to the Court's attention, and shall take it into consideration in deciding the motion for summary judgment. |
| **Date Filed:** July 14, 2000; July 19, 2000<br>**Docket #:** 163, 166<br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Plaintiffs' Further Motion Informing Status of Emergency Situation; Plaintiffs' Informative Motion and Requesting Extension of Time to Supplement Opposition to Summary Judgment | **NOTED & GRANTED.** The Court **NOTES** the emergency situation faced by counsel for co-Plaintiff Lázaro. Counsel for Lázaro **SHALL** supplement the opposition to the motion for summary judgment on or before **July 26, 2000.** |

Date: 7/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #178