UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.　　　　　　　　　　　　　　　　　　　　CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 20, 2000; July 20, 2000<br>**Docket #:** 167, 168<br>[ ] **Plffs**  [X] **Defts**<br><br>**Title:** Defendants' Motion Informing Witnesses That Will Require Assistance of Interpreter for Trial; Defendants' Motion Informing Witnesses Who Will Not Be Called for Trial | **NOTED.** The Court **NOTES** the information provided by Defendants regarding witnesses who require the assistance of an interpreter at trial and who will not be called for trial. |

Date: 7/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By: /\   #179