# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                  CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## O R D E R

The pretrial conference scheduled for July 31, 2000 at 2:00 p.m. is hereby **RESCHEDULED** for **August 3, 2000 at 4:00 p.m.**  The parties should be prepared to discuss the settlement of the case.

Date: 7/31/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|--------|------|
| By: | # |

*Carlos Bebonis (by phone)*
*Nora Vargas (by phone)*
*Adelina. De Jesus (by phone)*

4

185