IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO CORDERO, et al.   *
                                    *
        Plaintiffs                  *
                                    *
vs.                                 *      CIVIL NO. 98-2386 (JP)
                                    *
AT&T, et al.                        *
                                    *
        Defendants                  *
_____*

## SECOND AMENDED PARTIAL JUDGMENT

Based on an intervening change in state law, in the decision of <u>Rosario Toledo v. Distribuidora Kikuet, Inc.</u>, - D.P.R. - , 2000 WL 943550 (P.R. 2000), the Court hereby **AMENDS** the Opinion and Order and Partial Judgment of November 1, 1999 (docket Nos. 62, 63) and Amended Partial Judgment (docket No. 75), to show that the dismissal of the claims of gender discrimination against individual Co-defendants Richard Luna, Luis Figueroa, and José Felipe under Puerto Rico Laws 100 and 69 is **WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st day of July, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE