IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO CORDERO, et al.,

    Plaintiffs

vs.                                                CIVIL NO. 98-2386 (JP)

AT&T, et al.,

    Defendants

### PARTIAL JUDGMENT

Pursuant to the Opinion and Order of this date, the Court hereby enters **JUDGMENT, DISMISSING WITH PREJUDICE** co-Plaintiff Lilliam Maldonado-Cordero's claims of gender discrimination under Title VII of the Civil Rights Act of 1964 occurring prior to February 25, 1997.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31 day of July, 2000.

                          JAIME PIERAS, JR.
                         U. S. SENIOR DISTRICT JUDGE