UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

RECEIVED AND FILED 2000 AUG -1 PM 5: 02 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN, PR.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 24, 2000; July 24, 2000; July __, 2000<br>**Docket #:** 169, 170, ___<br>[X] Plffs    [X] Defts<br><br>**Title:** Notice of Defendants' Compliance with Order Regarding Pretrial Report; Plaintiffs' Motion Explaining Reasons for Filing Separate Proposed Pretrial Orders and Requesting Leave to File Same; Joint Motion Submitting Pretrial Report | **NOTED.** The Court **NOTES** that the parties have timely submitted their pretrial report. Leave to file separate pretrial reports is **GRANTED**, although such is not necessary given that the parties have filed a joint pretrial report. |
| **Date Filed:** July 27, 2000<br>**Docket #:** 180<br>[X] Plffs    [] Defts<br><br>**Title:** Motion for Leave to File Corrected Version of Plaintiff Lázaro's Supplemental Statement | **GRANTED.** The Court files leave to file a corrected version of the statement of uncontested material facts for co-Plaintiff Lázaro, in order to add Attachment 9, which was inadvertently omitted. |
| **Date Filed:** July 27, 2000<br>**Docket #:** 181<br>[X] Plffs    [] Defts<br><br>**Title:** Motion Announcing Witnesses who will Request Interpreter at Trial | **NOTED.** The Court **NOTES** those witnesses of Plaintiffs who will require an interpreter at trial. |

Date: 8/1/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /\    #194