UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** July 31, 2000; August 3, 2000<br>**Docket #:** 191, ___<br>[X] **Plffs**    [X] **Defts**<br><br>**Title:** Motion in Limine to Exclude Testimony of Plaintiffs' Treating Physicians; Plaintiffs' Motion in Opposition to Defendants' Motion in Limine | The Court will permit Plaintiffs' treating physicians only to testify as to statements made to them by Plaintiffs pertaining to their physical conditions and to the nature of treatment. No opinion testimony, or testimony in the nature of diagnosis and prognosis, will be permitted, as the witnesses have not been identified as expert witnesses, nor produced expert reports, pursuant to Federal Rule of Civil Procedure 26. |
| **Date Filed:** July 31, 2000<br>**Docket #:** 192<br>[] **Plffs**    [X] **Defts**<br><br>**Title:** Motion Requesting Consideration of Recent First Circuit Case | **NOTED.** The Court **NOTES** that Defendants have brought the recently-decided case of <u>Williams v. Raytheon Co.</u>, No. 99-2152 (1st Cir. July 21, 2000) (slip op.), to the attention of the Court. |
| **Date Filed:** August 2, 2000<br>**Docket #:** 197<br>[] **Plffs**    [X] **Defts**<br><br>**Title:** Motion Requesting Temporary Waiver of Local Rule 108.1 | **GRANTED.** Defendants **SHALL** provide English translations of the exhibits to their Motion in Limine on or before **August 18, 2000**. |

Date: 8/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:  A  #205

4