UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                                  CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 31, 2000; August 3, 2000<br>**Docket #:** 193; 196<br>[X] **Plffs**    [ ] **Defts**<br><br>**Title:** Plaintiffs' Informative Motion Regarding Certified Translations of Documents; Plaintiffs' Motion Filing Certified Translations of Documents | **GRANTED & NOTED.** The Court **GRANTS** Plaintiffs a one-day extension of time to submit English language translations of certain exhibits filed with their Opposition to Defendants' Motion for Summary Judgment, and **NOTES** that such translations have been received by the Court. |
| **Date Filed:** August 2, 2000; August 3, 2000<br>**Docket #:** 195; ___<br>[X] **Plffs**    [X] **Defts**<br><br>**Title:** Plaintiffs' Motion for Sanctions Against Corporate Defendants Regarding Tardy Production of Documents Related to Gina Riley; Opposition | **DENIED.** The Court declines to impose sanctions on Defendants' understandable non-production of the handwritten notes of Gina Riley prior to her deposition. In addition, Plaintiffs were in no way prejudiced by this non-production, as such notes were produced at Riley's deposition and with sufficient time before Plaintiffs to pursue this evidence and question Riley as to its contents. Moreover, the Court finds that Plaintiffs were very negligent in failing to raise this matter until the eve of trial. |

Date: 8/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By: ___   #206