UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.

AT&T, et al.,
    Defendants

CIVIL NO. 98-2386 

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 2, 2000; August 3, 2000<br>**Docket #:** 198, ___<br>[X] **Plffs**    [X] **Defts**<br><br>**Title:** Motion in Limine; Plaintiffs' Opposition to Defendants' Motion in Limine | Defendants' motion in limine seeks to exclude evidence of Plaintiffs' physical and mental conditions and ailments; evidence of Plaintiffs' husbands' pain and suffering; evidence regarding front pay; evidence regarding Plaintiffs' qualifications and job performance as provided by Plaintiffs themselves, or former subordinates or peers at AT&T of Puerto Rico; and evidence by witnesses regarding discrimination or favorable treatment received by certain employees of AT&T of Puerto Rico. To the extent that Plaintiffs seek to offer testimony about gender discrimination against individuals other than Plaintiffs at AT&T of Puerto Rico, such testimony will not be permitted as that would entail the trial of another case. The Court is otherwise surprised by this largely baseless motion submitted by Defendants on the eve of trial to exclude documentary evidence and testimony pertaining to the very foundation of Plaintiffs' cause of action. On account of this largely frivolous motion, which is hereby **DENIED** except as explained herein, and which has needlessly resulted in wasted time and resources for the Court and for opposing counsel, the Court hereby **SANCTIONS** Defendants in the amount of **$500.00**. Defendant **SHALL** pay this sanction, and certify payment to the Court, on or before **August 11, 2000**. |

Date: 8/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: ___   #207

5