# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO-CORDERO, et al.,
    Plaintiffs

vs.                                                                CIVIL NO. 98-2386 (JP)

AT&T, et al.,
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** August 3, 2000<br>**Docket #:** 202<br>[] **Plffs**    [X] **Defts**<br><br>**Title:** Motion for Reconsideration | **DENIED.** For the reasons expressed in the Opinion & Order disposing of Defendant's Motion for Summary Judgment, Defendants' motion for reconsideration is hereby **DENIED.** Defendants will have another opportunity to argue for dismissal under Rule 50. |

Date: 8/7/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By | # 208 |