IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LILLIAM MALDONADO CORDERO, et al.,

    Plaintiffs

vs.

AT&T, et al.,

    Defendants

CIVIL NO. 98-2386 (JP)

*Received & filed in Open Court on 8/16/00 at 6:45 pm*

### FINAL JUDGMENT

The parties hereto informed the Court that they have entered into a settlement by written agreement filed with the Court, which is to remain confidential and under seal. Pursuant thereto, judgment is entered, **DISMISSING** the Complaint **WITH PREJUDICE**, without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 16th day of August, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)